

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00377-CV

**IN RE** Marjorie Mae **WELLMAN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  July 1, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On June 23, 2015, relator Marjorie Mae Wellman filed a petition for writ of mandamus complaining of the County Court's order transferring the underlying contested guardianship proceeding to Wilson County District Court. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. PR-07792, styled *In the Guardianship of Marjorie Mae Wellman, An Incapacitated Person*, originally filed in the County Court, Wilson County, Texas, the Honorable Richard L. Jackson presiding.